1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for Plaintiff*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*pro hac vice* forthcoming)
Connor C. Boehme (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>E.L.F. BEAUTY, INC., TARANG P. AMIN, and MANDY J. FIELDS,<br><br>                              Defendants. | Case No.    3:25-cv-03167<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF FRANCIS P. MCCONVILLE PURSUANT TO LOCAL RULE 3-7(d)** |

1    I, Francis P. McConville, make this declaration pursuant to Local Rule 3-7(d) of the

2    United States District Court for the Northern District of California:

3    Exclusive of securities held through mutual funds or discretionary accounts managed by

4    professional money managers, I do not directly own or otherwise have a beneficial interest in the

5    securities that are the subject of this action.

6    I declare under penalty of perjury that the foregoing is true and correct.  If called as a

7    witness, I could and would competently testify thereto.

8    DATED: April 8, 2025                          **LABATON KELLER SUCHAROW LLP**

9                                                  */s/ Francis P. McConville*
                                                   Francis P. McConville (*pro hac vice* forthcoming)
10                                                 140 Broadway
                                                   New York, New York 10005
11                                                 Telephone: (212) 907-0700
                                                   Facsimile: (212) 818-0477
12                                                 fmcconville@labaton.com

13                                                 *Counsel for Plaintiff*

14                    **CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

15    I, Lucas E. Gilmore, am the ECF user whose ID and password are being used to file this

16    certification.  In compliance with Local rule 5-1(i)(3), I hereby attest that Franis P. McConville

17    concurs in this filing.

18

19    Dated: April 8, 2025                         **HAGENS BERMAN SOBOL SHAPIRO LLP**

20                                                 /s/ *Lucas E. Gilmore*
                                                   Lucas E. Gilmore (Bar No. 250893)
21                                                 715 Hearst Avenue, Suite 300
                                                   Berkeley, California 94710
22                                                 Telephone: (510) 725-3000
                                                   Facsimile: (510) 725-3001
23                                                 lucasg@hbsslaw.com

24                                                 *Liaison Counsel for Plaintiff*

25

26

27

28

CERTIFICATION OF FRANCIS P. MCCONVILLE PURSUANT TO LOCAL RULE 3-7(D)    1
CASE NO.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore