| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Lucas E. Gilmore (Bar No. 250893)<br>715 Hearst Avenue, Suite 300<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>lucasg@hbsslaw.com<br><br>*Liaison Counsel for Plaintiff* | **LABATON KELLER SUCHAROW LLP**<br>Francis P. McConville (*pro hac vice* forthcoming)<br>Connor C. Boehme (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>fmcconville@labaton.com<br>cboehme@labaton.com<br><br>*Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E.L.F. BEAUTY, INC., TARANG P. AMIN, and MANDY J. FIELDS,<br><br>　　　　　Defendants. | Case No.　3:25-cv-03167<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the named parties to
2  the action, the following listed persons, associations of persons, firms, partnerships, corporations
3  (including, but not limited to parent corporations) or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceeding, (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this proceeding:
6  Luke Rottman, plaintiff in related action *Rottman v. E.L.F. Beauty Inc.,* No. 25-cv-02316-EKL
7  (N.D. Cal.).

8  DATED: April 8, 2025                                      Respectfully submitted,

                                                             */s/ Lucas E. Gilmore*
                                                             Lucas E. Gilmore (Bar No. 250893)

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore