| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Lucas E. Gilmore (Bar No. 250893)<br>715 Hearst Avenue, Suite 300<br>Berkeley, California 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>lucasg@hbsslaw.com<br><br>*Liaison Counsel for Plaintiff* | **LABATON KELLER SUCHAROW LLP**<br>Francis P. McConville (*pro hac vice* forthcoming)<br>Connor C. Boehme (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>fmcconville@labaton.com<br>cboehme@labaton.com<br><br>*Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>E.L.F. BEAUTY, INC., TARANG P. AMIN, and MANDY J. FIELDS,<br><br>   Defendants. | Case No. 3:25-cv-03167<br><br>**<u>CLASS ACTION</u>**<br><br>**Notice of Publication** |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Civ. L.R. 23-1(a), plaintiff has caused to be published a Notice advising members of the purported class of the pendency of this action in *Business Wire* on April 8, 2025. A copy of the Notice is attached hereto as Exhibit A.

DATED: April 9, 2025

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for Plaintiff*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville (*pro hac vice* forthcoming)
Connor C. Boehme (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 9, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

2
NOTICE OF PUBLICATION CASE NO. 3:25-CV-03167

# Exhibit A

4/9/25, 12:14 PM                                  Labaton Keller Sucharow LLP Files Securities Class Action Lawsuit Against e.l.f. Beauty, Inc. and Certain of Its Executives

Case 3:25-cv-03167-JD    Document 10    Filed 04/09/25    Page 5 of 8

Apr 8, 2025 8:09 PM Eastern Daylight Time

# Labaton Keller Sucharow LLP Files Securities Class Action Lawsuit Against e.l.f. Beauty, Inc. and Certain of Its Executives

Share      

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") announces that, on April 8, 2025, it filed a securities class action lawsuit (the "Complaint") on behalf of its client Boston Retirement System ("Boston") against e.l.f. Beauty, Inc. ("ELF" or the "Company") (NYSE: ELF) and certain ELF executives (collectively, "Defendants"). This action, which is captioned *Boston Retirement System v. e.l.f. Beauty, Inc.*, No. 25-cv-03167 (N.D. Cal.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons and entities that purchased or otherwise acquired ELF securities between May 25, 2023, and February 6, 2025, both dates inclusive (the "Class Period").

The Complaint is related to a previously filed securities class action against ELF captioned *Rottman v. e.l.f. Beauty, Inc.*, No. 25-cv-02316 (N.D. Cal.) (the "Initial Action"). The Initial Action was filed on March 6, 2025, on behalf of all persons and entities other than Defendants that purchased or otherwise acquired ELF securities between November 1, 2023, and November 19, 2024, both dates inclusive (the "Initial Period"). The Complaint expands upon the Initial Action by extending the length of the Initial Period by approximately nine months to the Class Period, which runs from May 25, 2023, through February 6, 2025, both dates inclusive. The Complaint further expands upon the Initial Action by adding fraud allegations concerning Defendants' failure to disclose declining consumer demand trends that were negatively impacting the Company's business throughout the Class Period.

ELF is an Oakland, California-based multi-brand beauty company that offers low-cost cosmetics and skincare products. The Complaint alleges that, throughout the

4/9/25, 12:14 PM    Labaton Keller Sucharow LLP Files Securities Class Action Lawsuit Against e.l.f. Beauty, Inc. and Certain of Its Executives

Case 3:25-cv-03167-JD   Document 10   Filed 04/09/25   Page 6 of 8

Class Period, Defendants misled investors by: (1) failing to disclose that declining consumer demand trends were negatively impacting the Company's business; (2) falsely attributing the increase in ELF's inventory value to accounting adjustments arising from changes in shipping logistics and planned efforts to support "strong consumer demand"; (3) reporting inflated revenues and profits; (4) providing false assurances about the adequacy of ELF's inventory controls; and (5) as a result of the foregoing, making public statements about the Company's business, operations, and prospects that were materially false and misleading.

The truth about the slowing consumer demand for ELF products began to emerge on August 9, 2024, when the Company released its fiscal Q1 2024 results and provided a weak fiscal Q2 2024 outlook. On this news, ELF's stock price fell $27.12 per share, or *14.4 percent*, to close at $160.83 per share on August 9, 2024.

Then, on November 20, 2024, Muddy Waters Research published a report accusing ELF of revenue fraud and raising concerns about the Company's inventory management practices (the "Muddy Waters Report"). Specifically, the Muddy Waters Report alleged that ELF overstated its revenue by $135 million to $190 million during the Class Period. Following publication of the Muddy Waters Report, ELF's stock price fell $2.71 per share, or *2.2 percent*, to close at $119.00 per share on November 20, 2024.

Finally, on February 6, 2025, ELF released its fiscal Q3 2024 results and reduced its financial outlook for the first time since the onset of the COVID-19 pandemic. Specifically, ELF lowered its revenue and adjusted EBITDA guidance for fiscal 2025. Management explained that these downward revisions reflected lower demand trends, challenging category conditions, and slower-than-expected new product performance. On this news, ELF's stock price fell $17.36 per share, or *19.6 percent*, to close at $71.13 per share on February 7, 2025.

If you purchased ELF securities during the Class Period and were damaged thereby, you are a member of the proposed "Class" and may be eligible to seek appointment as Lead Plaintiff in the related actions. Pursuant to the notice published on March 9, 2025, in connection with the filing of the Initial Action as required by the Private Securities Litigation Reform Act of 1995, if you wish to serve as Lead Plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Northern District of California by no later than **May 5, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are

Case 3:25-cv-03167-JD   Document 10   Filed 04/09/25   Page 7 of 8

a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Francis P. McConville, Esq. of Labaton to discuss your rights regarding the appointment of Lead Plaintiff or your interest in this matter. You may also retain counsel of your choice to represent you in this class action lawsuit. You can view a copy of the Complaint online here.

Boston Retirement System is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Francis P. McConville, Esq.

Labaton Keller Sucharow LLP

(212) 907-0650

fmcconville@labaton.com

| Industry: | Class Action Lawsuit | Professional Services | Legal |



**Labaton Keller Sucharow LLP**

---

**RELEASE VERSIONS**

4/9/25, 12:14 PM Labaton Keller Sucharow LLP Files Securities Class Action Lawsuit Against e.l.f. Beauty, Inc. and Certain of Its Executives

Case 3:25-cv-03167-JD    Document 10    Filed 04/09/25    Page 8 of 8

English

## CONTACTS

Francis P. McConville, Esq.
Labaton Keller Sucharow LLP
(212) 907-0650
fmcconville@labaton.com

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up →

Learn About Business Wire →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution